**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------------------

**No. 96-556**

-------------------

In Re: RONALD FLOYD JACKSON,

                                        Petitioner.

-------------------

On Petition for Writ of Mandamus.
(CR-90-254, CA-92-1794-2BC)

-------------------

Submitted:  September 20, 1996      Decided:  October 1, 1996

-------------------

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

-------------------

Petition denied by unpublished per curiam opinion.

-------------------

Ronald Floyd Jackson, Petitioner Pro Se.

-------------------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Floyd Jackson brought this mandamus petition seeking an order compelling the United States District Court for the District of South Carolina to act on Jackson's 28 U.S.C. § 2255 (1994) motion. Because we note that the docket sheet reflects that the district court denied the motion by minute entry dated May 24, 1995, we conclude that Jackson's petition is moot. Accordingly, we grant leave to proceed in forma pauperis, but deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DENIED

2